IN THE UNITED STATES DISTRICT COURT
FOR THE __Western__ DISTRICT OF TEXAS
__Lubbock__ DIVISION

__Douglas Turner #681306 Pro se__
Plaintiff's Name and ID Number

__Allred Unit__
Place of Confinement

__Montbord Unit__
__8602 Peach St.__
v. __Lubbock Tx. 79404__

**5-24CV-101-B**

CASE NO._____
(Clerk will assign the number)

Defendant's Name and Address
__Texas Tech University__
__2500 Broadway, Lubbock Tx. 79409__
Defendant's Name and Address

Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be <u>legibly</u> handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee."   *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis.)*

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its e ective date. Such notice should be marked "**NOTICE TO THE COURT OF CHANGE OF ADDRESS**" and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES ✓ NO

   B. If your answer to "A" is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

      1. Approximate date of filing lawsuit: __N/A__
      2. Parties to previous lawsuit:
        Plainti (s) __N/A__
        Defendant(s) __N/A__
      3. Court: (If federal, name the district; if state, name the county.) __N/A__
      4. Cause number: __N/A__
      5. Name of judge to whom case was assigned: __N/A__
      6. Disposition: (Was the case dismissed, appealed, still pending?) __N/A__
      7. Approximate date of disposition: __N/A__

Rev. 05/15

II. PLACE OF PRESENT CONFINEMENT: _Allred Unit_

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?   ✓ YES   ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: _Douglas Turner Prose_
_2101 FM 369 N, Iowa Park, Tx. 76367_

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: _Montford Unit 8602 Peach St._
_Lubbock, Tx. 79404 - Ricky Burresica - Advanced Practice Provider_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_He returned me to unit without an exam and caused irreplacable harm by his deleburate indifference_

Defendant #2: _Texas Tech University 2500 Broadway, Lubbock, Tx. 79409_
_Failure to authorize Treatment center to help deal with my psycological condition_

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #3: _____

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Rev. 05/15

3

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

I was feeling Homicidal suicidal from hearing voices and was sent to Montford for evaluation and hopefully treatment or placement into a Cronic Facility to treat this on going issue. Upon arrival a Friday I did not see any Montford personel till Monday. I was seen by Mrs. Williams who was going to try to get me in to a Mood program. Dr. Ricky Burrescia the Advance Practice Provider. He put me in the day room and came back and said he did not have any programs for me and discharged me. He deliberate indifference to my situation used me to hurt myself again as the feeling of abandonment and hopelessness was overwhelming.

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Placement into a permenant program to assist me with my cronic depression and anger issues, Court cost and Punitive Damages.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Douglas DeWayne Turner

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

#681306 & #392491

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): N/A
2. Case number: N/A
3. Approximate date sanctions were imposed: N/A
4. Have the sanctions been lifted or otherwise satisfied? ____YES ____NO

Rev. 05/15

4

C. Has any court ever warned or notified you that sanctions could be imposed?   ___ YES  ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): __N/A__
2. Case number: __N/A__
3. Approximate date warning was issued: __N/A__

Executed on: __4- -24__
                     DATE

_Douglas Turner Pro se_
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this __16th__ day of __April__, 20 __24__.
               (Day)                           (month)            (year)

_Douglas Turner Pro se_
(Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

Rev. 05/15

"Copy"

# Texas Department of Criminal Justice

## STEP 1 — OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**
Grievance #: 2023148993
Date Received: AUG 24 2023
Date Due: OCT 08 2023
Grievance Code: 604
Investigator ID #: I2943
Extension Date: ___
Date Retd to Offender: SEP 13 2023

Offender Name: Douglas Turner    TDCJ # 681306
Unit: Allred    Housing Assignment: HSJ-231-B
Unit where incident occurred: Montford - Allred Unit

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? "Sick Call" sent in to Psych    When? August July 2023
What was their response? No login Processed
What action was taken? Agents are Deliberately Indifferent to my serious Mental needs.

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate.

I grieved Mental Health Provider at Montford Unit and Allred Unit. This year my Mental Health has grown worse and worse. Provider Psych Mr. ~~Alvarez~~ Burnesika, failed to implement any programmatic treatment for me, of any kind, @ Montford. Now, as the issues continue to escalate, the provider, Mr. Dotz, will not increase or put me on any other psych medication or provide any psych treatments. All mental health person, @ Montford and Allred, are jointly, processing deliberate indifference, to my serious mental needs to wit mental deficiencies. I have suffered with mental health issues, For ~~years~~ all my life, and both departments have left me, to figure this out, all alone. I do not know how, so I have sought professional assistance, by professionals. First Mr. ~~Alvarez~~ did nothing, so here, I sought help from Mr. Dotz. He and his assistants, like Mr. ~~Alvarez~~ Burnesika, joined in the systemic deliberate indifference, to my serious mental health issues, and, these parties, will NOT see or treat me, or even answer my sick calls. I need help, professional help, So, I have no choice but to grieve, and, plead, for incere Mental Health assistance.

---

I-127 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

Appendix F

**Action Requested to resolve your Complaint.** _Injunctive and Monitery relife and take necessary Professional steps to provide long term assistance to me, and, cease the deliberate indifference to my serious Medical needs_

**Offender Signature:** _[signature]_   **Date:** 8-23-23

**Grievance Response:**

Documentation obtained from your electronic health record reflects that you were seen by a Qualified Mental Health Professional on 08/25/23 due to a sick call request stating trouble sleeping. During the assessment on that day, you reported wanting your Benadryl increased. The QMHP attempted different interventions to help you improve sleep, however you were not receptive. You were seen by the Behavioral Health provider on 08/17/23, and presented with no clinical indication for medication changes at that time. You did not endorse any mental health symptoms during either appointment, nor did you endorse suicidal or homicidal ideation. You are currently on the Behavioral Health caseload and will continue to be seen as scheduled, referred or requested. You have been seen in accordance with Correctional Managed Health Care Policy A-01.1 and you may continue to be seen via the sick call process.

**Signature Authority:** Kenyon Page, Medical Administrator   _[signature KP]_   **Date:** SEP 0 8 2023

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**    *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance # _____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

### OFFICE USE ONLY

Initial Submission   UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

2nd Submission   UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

3rd Submission   UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

Appendix F

"Copis"

DEC 0 5 2023



**Texas Department of Criminal Justice**

# STEP 2   OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2023148993 |
| UGI Recd Date: | SEP 1 8 2023 |
| HQ Recd Date: | SEP 1 9 2023 |
| Date Due: | 10-23-2023 |
| Grievance Code: | 604 |
| Investigator ID#: | I0352 |
| Extension Date: | |

JA
Offender Name: Douglas Turner   TDCJ # 681306
Unit: Allred ~~JM~~   Housing Assignment: ~~H5~~ ~~23E~~ B
Unit where incident occurred: Montford & Allred Units
HSH-113B

You must attach the completed Step 1 Grievance that ... signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 tha... ...eturned unprocessed.

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

Back in July 2023 I went to Montford and I was admitted to a mood program for suicidal, voices and mood swings. The very next day the head of the Mental Health Providers Mr. ~~Horso~~ Burresica said he had no programs for me and discharged me and would not treat me of my mental health which I have had all my life, but did not start taking medicats til K9S. I got back to Allred Unit and started putting I-60's in to Mr. Dotis, but he was on vacation and the mental health was not responding to my I-60's, but when I did see them they said they never did receive any I-60's, and Mr. Dotis the Mental Health Provider thinks I'm doing better, but inside I'm really not, but they just don't understand me at all. And too tell you the truth my mental health has grown worse cause of Mr. ~~Horso~~ Burresica not treating me of my mental health issues. This grievance was signed by Kenyon Page - Medical Administrator. I do want onest help for my mental health cause I'm about to be released after 30 years

I-128 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

Appendix G

**Offender Signature:** [signature]   **Date:** 9-15-23

**Grievance Response:**

A review of the step 1 grievance has been completed and documentation was completed regarding your complaint against a mental health staff named failed to implement treatment. You also state the mental health staff will not increase nor prescribe any other psych medication. You are requesting mental health assistance.

An appellate review of the medical grievance and clinical record agrees with the step 1 response. Additionally, on 9/12/23 you met with the mental health clinician for a clinical interview. You were informed the Benadryl medication you are requesting is not a sleep aid medication however you have an upcoming appointment December 2023 where you can discuss your medication concerns.

Documentation in your medical records indicates you have access to proper medical care in accordance with Correctional Managed Health Care (CMHC) Additionally, although you and your healthcare providers may differ in opinion regarding your needs and the medical treatment rendered, these decisions are ultimately the responsibility of the facility providers. If you experience any symptoms or concerns related to your mental health you may submit a sick call request, or an I-60. No further investigation is warranted at this time through the medical grievance process.

**Signature Authority:** OFFICE OF PROFESSIONAL STANDARDS TDCJ HEALTH SERVICES DIVISION

**STEP II MEDICAL GRIEVANCE PROGRAM**

**Date:** 11/02/2023

**Returned because:**   *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.
☐ 2. Illegible/Incomprehensible.*
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments.*
☐ 5. Malicious use of vulgar, indecent, or physically threatening language.
☐ 6. Inappropriate.*

**CGO Staff Signature:** _____

**OFFICE USE ONLY**

**Initial Submission**   **CGO Initials:** _____
Date UGI Recd: _____
Date CGO Recd: _____
(check one) ____Screened   ____Improperly Submitted
Comments: _____
Date Returned to Offender: _____

**2nd Submission**   **CGO Initials:** _____
Date UGI Recd: _____
Date CGO Recd: _____
(check one) ____Screened   ____Improperly Submitted
Comments: _____
Date Returned to Offender: _____

**3rd Submission**   **CGO Initials:** _____
Date UGI Recd: _____
Date CGO Recd: _____
(check one) ____Screened   ____Improperly Submitted
Comments: _____
Date Returned to Offender: _____

I-128 Back (Revised 11-2010)                                            Appendix G

